# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HOOVER, JOHN K. | ) | Case No. 11-01119-BHC MCW |
| HOOVER, DEBORAH J. | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s). | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $7,623.88 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.